IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

TRACY COLE and TALEAVIA COLE

    Plaintiffs.

    v.     23-cv-1321

CITY OF WAUWATOSA,
CHIEF (former) BARRY WEBER,
DANIEL MITCHELL,
ROBERT PIEHL,
RUSSELL RICHARDSON,
and JOHN DOES POLICE OFFICERS 1 – 100

    Defendants.

## NOTICE OF RELATED ACTION

Plaintiffs, by and through their undersigned counsel, hereby submit this Notice of Related Action pursuant to Civil L.R. 3(b). This action arises from the same transaction or events as filed in the 1st Amended Complaint filed on March 6, 2021 with case number of 20-cv-1660. (ECF #24). Additionally, this matter involves the same Plaintiffs and Defendants as noted in case 20-cv-1660 in front of the Honorable Nancy Joseph.

Respectfully submitted this 10th day of October 2023.

    MOTLEY LEGAL SERVICES

    s:/ Kimberley Cy. Motley, SBN 1047193
    P.O. Box 1433
    Matthews, North Carolina 28106
    Email : kmotley@motleylegal.com
    Telephone : (704) 763-5413

    ATTORNEY FOR PLAINTIFFS