UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TRAY COLE, and
TALEAVIA COLE

        Plaintiffs,

v.                                                                        CASE NO.: 23cv1321

CITY OF WAUWATOSA,
FORMER CHIEF BARRY WEBER,
DANIEL MITCHELL,
ROBERT PIEHL,
RUSSELL RICHARDSON, and
JOHN DOES POLICE OFFICERS 1 – 100,

        Defendants.

---

## NOTICE OF APPEARANCE

---

      PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of Defendants, Barry Weber, Daniel Mitchell, Robert Piehl, Russell Richardson, and City of Wauwatosa, and demands that copies of all pleadings and notices of all proceedings subsequent to the date of this notice be served upon us at our offices at Wirth + Baynard, 9898 West Bluemound Road, Suite 2, Wauwatosa, Wisconsin 53226.

      Dated at Wauwatosa, Wisconsin this 20th day of November, 2023.

                                      WIRTH + BAYNARD
                                      Attorneys for Defendants

                                      */s/ Jasmyne M. Baynard*
                                      Jasmyne M. Baynard (WI State Bar No. 1099898)
                                      9898 West Bluemound Road, Suite 2
                                      Wauwatosa, Wisconsin 53226
                                      T: (414) 291-7979 / F: (414) 291-7960