UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

TRAY COLE, and
TALEAVIA COLE
        Plaintiffs,

v.                                                     CASE NO.: 23cv01321

CITY OF WAUWATOSA,
FORMER CHIEF BARRY WEBER,
DANIEL MITCHELL,
ROBERT PIEHL,
RUSSELL RICHARDSON, and
JOHN DOES POLICE OFFICERS 1 – 100,

        Defendants.
_____

## DEFENDANTS' DISCLOSURE STATEMENT
## PURSUANT TO CIVIL LOCAL RULE 7.1 AND
## FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1
_____

Defendants, City of Wauwatosa, Barry Weber, Daniel Mitchell, and Robert Piehl, by their attorneys, WIRTH + BAYNARD, hereby provide the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

    **(1)**     **The full name of every party or amicus the attorney represents in the case:**

           A)     City of Wauwatosa

           B)     Barry Weber

           C)     Daniel Mitchell

           D)     Robert Piehl

    **(2)**     **If such party or amicus is a corporation:**

           A)     Any parent corporation:     **None**

           B)     Any publicly held corporation owning 10% or more of the company's stock:

        **None**

**(3)**     **The name of all law firms whose partners or associates appear for a party or are expected to appear for a party in this Court:**

    A)     Wirth + Baynard

Dated at Wauwatosa, Wisconsin this 21st day of November 2023.

                **WIRTH + BAYNARD**
                Attorneys for Defendants

BY:    */s/ Jasmyne M. Baynard*
        Jasmyne M. Baynard (SBN: 1099898)
        Email: jmb@wbattys.com
        9898 W. Bluemound Rd. Suite 2
        Wauwatosa, WI 53226
        P: (414) 291-7979