

**Kimberley Cy. Motley**
kmotley@motleylegal.com
motleylegal.com

December 13, 2023

Honorable Nancy Joseph
United States District Court, Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

RE: 23CV1321 Amended Complaint regarding the Estate of Russell Richardson

Dear Judge Joseph,

Please accept this correspondence as an explanation regarding the Amended Complaint. On November 21, 2023 I was informed that Russell Richardson passed away from Attorney Baynard and also that she cannot accept service nor does she represent his Estate.

Upon further investigation, I understand that he became deceased on April 11, 2022. As such, I have amended the complaint to reflect the Estate of Russell Richardson through his Personal Representative Danica Horner in Milwaukee County Case 2022PR000786 who are now named defendants to this matter. Other than the date, there are no other amendments made to the Amended Complaint.

Warm regards,

MOTLEY LEGAL SERVICES

s:/ Kimberley Cy. Motley
CEO / Founding Partner
Attorney for Plaintiffs
International Number : +1(704) 765-4887
US MOBILE : +1 (704) 763-5413
Email : kmotley@motleylegal.com

P.O. Box 1433
Matthews, North Carolina 28106

U.S. No. +1(704) 763-5413   Int'l. No. : +1(704) 765-4887   Afghan No.: +93 (0) 788 887 887
U.S. Fax : +1(414) 677-7334