UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN



U.S. COURTHOUSE
517 E. WISCONSIN AVENUE
MILWAUKEE, WISCONSIN 53202
(414) 297-4167
FAX: (414) 297-3249



CHAMBERS OF
NANCY JOSEPH
U.S. MAGISTRATE JUDGE

February 21, 2024

Re: Case Name: Cole, *et al.* v. City of Wauwatosa, *et al.*
Case No. 23-CV-1321

Dear Counsel:

The above-entitled action has been assigned to this court for all further proceedings. The court will conduct a Rule 16 scheduling conference via Zoom videoconference on **April 1, 2024 at 11:00am**.

Each party shall follow the procedures set forth in Rule 26 of the Federal Rules of Civil Procedure. In order to assist me in conducting the Rule 16 conference, your Rule 26(f) report to the court should contain the following information:

1. A brief description of the nature of the case, including a statement regarding the bases of subject matter jurisdiction.
2. Whether the parties contemplate amending the pleadings, by joining parties or for other reasons.
3. Any motions which are contemplated at this time; and
4. Such other matters as may affect the scheduling of this case for final disposition.

Your Rule 26(f) report shall be electronically filed with the court no later than **March 27, 2024**. The parties should advise the court in their Rule 26(f) report as to the names of the attorneys who plan to participate in the conference.

Very truly yours,

NANCY JOSEPH
United States Magistrate Judge