# United States District Court
EASTERN DISTRICT OF WISCONSIN

**TRACY COLE and TALEAVIA COLE,**
   Plaintiffs,

           **JUDGMENT IN A CIVIL CASE**

  v.

           Case No. 23-cv-1321

**CITY OF WAUWATOSA, BARRY WEBER,
DANIEL MITCHELL, ROBERT PIEHL,
ESTATE OF RUSSELL RICHARDSON, and
JOHN DOES POLICE OFFICERS 1-100,**
   Defendants.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came on for consideration and a decision has been rendered.

  **IT IS HEREBY ORDERED AND ADJUDGED** that Defendants' Motion for Judgment on the Pleadings is **GRANTED**. Plaintiffs' complaint is dismissed as barred by res judicata (claim preclusion) and claim-splitting.

  **IT IS FURTHER ORDERED** that this case is **DISMISSED**.

         Approved: _____
              NANCY JOSEPH
              United States Magistrate Judge

Dated: April 17, 2024

              GINA M. COLLETTI
              Clerk of Court

              *s Ross Miller*
              (By) Deputy Clerk