Joseph M. Wirth
Jasmyne M. Baynard
Ann C. Wirth
Amanda E. Melrood
Ryan T. Truesdale



June 28, 2024

Magistrate Judge Nancy Joseph
United States Courthouse Room 249
517 East Wisconsin Avenue
Milwaukee, WI 53202

**RE:** *Cole, et. al. v. City of Wauwatosa, et al.*, **(Eastern District Case No. 23-CV-1321)**
*Rivera, et al., v. City of Wauwatosa, et al.*, **(Eastern District Case No. 23-CV-1330)**

Dear Judge Joseph:

I write to inform you that Defense counsel conferred with Plaintiffs' counsel and at the time of this filing had not reached an agreement on the sanctions amount awarded to Defendants.

Sincerely,

**WIRTH + BAYNARD**
Attorneys for Defendants

*/s/ Jasmyne M. Baynard*

Jasmyne M. Baynard
9898 West Bluemound Road, Suite 2
Wauwatosa, WI 53226
Phone: (414) 291-7979
Email: jmb@wbattys.com